**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6870**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

STEPHEN T. JONES, a/k/a Tomeek Stefon,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby.    Richard L. Voorhees,
District Judge.   (4:94-cr-00005-RLV)

Submitted:  September 29, 2009      Decided:  October 7, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen T. Jones, Appellant Pro Se.   Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen T. Jones appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 4:94-cr-00005-RLV (W.D.N.C. April 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED